**No. 10-6563. Brian Joseph Dorsey, Petitioner v. Missouri.**

562 U.S. 1067, 131 S. Ct. 651, 178 L. Ed. 2d 488, 2010 U.S. LEXIS 9224.

November 29, 2010. Petition for writ of certiorari to the Supreme Court of Missouri denied.

Same case below, 318 S.W.3d 648.